**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-00844-CJC(RNBx)                                    Date:  January 26, 2010

Title: <u>ROBERT KAMP ET AL. V. AURORA LOAN SERVICES, LLC ET AL.</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Nancy Boehme</u>                                                                <u>    N/A    </u>
Deputy Clerk                                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM**

      On November 23, 2009, the Court dismissed Defendants Aurora Loan Services, LLC, and Deutsche Bank Trust Company Americas as trustee for Residential Accredit Loans, Inc. from the action filed by Plaintiffs Robert and Carolyn Kamp.  The Kamps failed to state a claim on their causes of action for 1) violations of the Truth in Lending Act ("TILA"), 2) wrongful foreclosure, 3) breach of contract, 4) unfair business practices, 5) unjust enrichment, and 6) declaratory relief.

      The Kamps' claims are also likely fail as to the remaining defendants, Mortgage Electronic Registration Systems, Inc., and Quality Loan Service Corporation (collectively "Defendants").  Specifically, the Kamps' claims for damages under TILA are time-barred.  15 U.S.C. § 1640(e).  The Kamps' claim for wrongful foreclosure fails because there is no requirement of production of the original note to initiate non-judicial foreclosure under California law.  *Putkkuri v. ReconTrust Co.*, No. 08-1919, 2009 WL 32567, at *2 (S.D. Cal. Jan. 5, 2009).  The Kamps fail to state any claim as a third-party beneficiary to the Emergency Economic Stabilization Act of 2008 because the Act does not provide a private cause of action.  *Pantoja v. Countrywide Home Loans, Inc*., 640 F. Supp. 2d 1177, 1185 (N.D. Cal. 2009).  The Kamps' claim under California Business and Professions Code Section 17200 fails because it is entirely based on claims for violations of law that the Court previously dismissed on October 1, 2009.  The Kamps' cause of action for unjust enrichment fails because they have failed to allege that Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 09-00844-CJC(RNBx)   Date: January 27, 2010
Page 2

received a benefit and unjustly retained it at the Kamps' expense.  *Ghirardo v. Antonioli*, 14 Cal. 4th 39, 51 (Cal. 1996).  Finally, the Kamps' cause of action for declaratory relief fails to state a claim because it is predicated on the other causes of action, all of which fail to state a claim.

Accordingly, the Court orders the Kamps to show cause why this case should not be dismissed.  The Kamps must file and serve a response to the Court's order to show cause by Monday, February 8, 2010.  Upon filing of the response, the matter will stand submitted.

jhp

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk: nkb